**Deny and Opinion Filed December 11, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01382-CV

## IN RE TEXAS HEALTH RESOURCES AND LHP HOSPITAL GROUP, INC., Relators

**Original Proceeding from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. CV-15-0119**

## MEMORANDUM OPINION

Before Justices Francis, Myers, and Schenck
Opinion by Justice Francis

In this petition for writ of mandamus relators Texas Health Resources and LHP Hospital Group request that the Court order the trial court to vacate its November 9, 2015 order that permits a two-hour deposition of Barclay Berdan, the Chief Executive Officer of Texas Health Resources. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.,* 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). We conclude relators have not established a right to relief. We deny the petition.

151382F.P05

/Molly Francis/
MOLLY FRANCIS
JUSTICE